

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    Tan Duc USA v. Jimmy Tran

Appellate case number:    01-14-00539-CV

Trial court case number:    2010-48243

Trial court:    309th District Court of Harris County

      Appellant Hoang-Yen Thi Dang filed a Notice of Designation of Attorney in Charge for Appellant and Motion to Substitute Counsel. The motion is **DENIED**, without prejudice to refiling.

      Pursuant to Texas Rule of Appellate Procedure 6.5(b), (d), the motion to substitute counsel must reflect that it has been delivered to Hoang-Yen Thi Dang. *See* TEX. R. APP. P. 6.5(b), (d).

      It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
              ☒  Acting individually

Date:  June 11, 2015